# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-10904

—————————

Munck Wilson Mandala, L.L.P.,

*Plaintiff—Appellant*,

*versus*

Mark D. Jordan; Scot Florsheim; Louann Hall; Laura Maczka-Jordan; JP-Banner, L.P.; JP-Banner GP, L.L.C.; Sooner National Property Management, L.P.; JP Realty Partners, Limited; Banner Investors, L.L.C.; Bradford A. Phillips; Liberty Bankers Life Insurance Company; Does 1 Through 50,

*Defendants—Appellees*.

—————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-1657

—————————————————————

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

Before Jones, Smith, and Ho, *Circuit Judges*.

Per Curiam:[*]

We have carefully considered this appeal in light of the briefs, the record, and oral argument. Having done so, we find no error that would affect

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10904

the judgment of the district court.  We therefore affirm for essentially the reasons stated in the district court's opinion.